LAW OFFICES OF
# MICHAEL K. CHONG LLC

303 FIFTH AVE., STE. 1302
NEW YORK, NEW YORK 10016
(212) 726-1104   FAX (212) 726-3104

EMAIL: MKC5001@YAHOO.COM

| | | |
|---|---|---|
| MICHAEL K. CHONG ‡ | FORT LEE: | HOBOKEN: |
| ‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY | 2050 CENTER AVENUE. STE. 650 | 300 HUDSON STREET. STE. 10 |
| SDNY, NEW YORK | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| EDNY, NEW YORK | (201) 708-6675   FAX (201) 708-6676 | (201) 203-7476   FAX (201) 708-6676 |

*Please Reply to: Hoboken*

April 17, 2013

*Via Email: ForrestNYSDChambers@nysd.usourts.gov*
Hon. Katherine B. Forrest, U.S.D.J.
U.S. District Court - SDNY
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED APR 1 9 2013
```

Re:   Chan v. Neo Sushi Studio, Inc., et al.
Docket No: SDNY - 1:12-cv-4505

Dear Judge Forrest:

As per your request, attached hereto please find the "rough" draft of the transcript of Sunny Wu's deposition.

Respectfully Submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/
Attach.

*ordered*

*Post to docket.*

*← B. Forrest*
*USDJ*

*4/19/13*

1

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

1

1  In Re:  Chan v. Neo Sushi, et al.

2  -----------------------------------------------

3  WARNING - ROUGH DRAFT

4

5  Deposition of:

6  Sunny Wu

7  April 16, 2013

8  New York, New York

9  Lead:  Mr. Salva

10 Firm:  Michael Chong

11

12 APPEARANCES:

13 MICHAEL TAUBENFELD, ESQ., SERRINS FISHER, LLP

14 GEORGE R. SALVA, ESQ., MICHAEL CHONG.

15

16

17

18

19

20

21

22

23

24 HUDSON REPORTING

25 Mark Iuzzolino, Court Reporter

2

1     (The following is an unedited rough draft

2  and is not in final form.  Various corrections

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3   and/or changes will be made before the final

4   version is completed.  This rough draft and/or

5   rough ASCII is being provided as a special

6   service to be used for limited  purposes.  The

7   reporter will not be responsible for content of

8   such rough draft and/or any variance thereof

9   from the final transcript.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                DIRECT EXAMINATION

2   BY MR. SALVA

3        Q.   Good morning.

4        A.   Good morning.

5        Q.   My name is Gorge Salva.  I'm an

6   attorney from the law offices of Michael Chong

7   and we represent the defendants and it's

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8  third-party plaintiffs in this matter Neo Sushi

9  studio, Inc., and Vinh C. Lee.  For purposes of

10 this deposition just to make things easier I'm

11 going to refer to my clients as simply Neo

12 Sushi and Mr. Ly.  Is that acceptable for you?

13      A.   Sure.

14      Q.   Now, before we begin I just wanted to

15 go over a few preliminary instructions for you.

16 Let me finish a question fully before you begin

17 answering.  That way the court reporter can

18 take everything down and we don't have to --

19 the court reporter doesn't have to worry about

20 people speaking over each other.  Always answer

21 verbally even if it's a yes or no.  So don't

22 just shake your head or nod because the court

23 reporter can't take that down.

24      A.   Yes.

25      Q.   Certainly if you don't hear a

                                              4

1  question or don't understand it or need me to

2  rephrase a question, just say so and we can

3  either read back the question or I can rephrase

4  it to make it a little bit more clear for you.

5       A.   Okay.

6       Q.   Do you understand all these

7  instructions?

8       A.   Yes.

9       Q.   And the next question is something

10 that I ask everybody before a deposition.  Are

11 you on any medication or drug that you believe

                    Page 3

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12 might affect your ability to testify truthfully

13 today?

14      A.   No.

15      Q.   Okay.  Thank you.  Have you ever been

16 involved in any other lawsuit?

17      A.   No.

18      Q.   Have you ever testified at a

19 deposition before?

20      A.   No.

21      Q.   Have you ever testified in court?

22      A.   No.

23      Q.   Measure Wu, were you born in the

24 United States?

25      A.   No.

                                              5


 1      Q.   When did you emigrate to the United

 2 States?

 3      A.   1979.

 4      Q.   What education have you received

 5 since high school?

 6      A.   Went to City College for maybe six

 7 months.  Yeah.  That's about it.

 8      Q.   What did you study?

 9      A.   Business administration.

10      Q.   Do you have a college degree?

11      A.   No.

12      Q.   Do you have a certification from a

13 school or -- it could be like a trade school or

14 something like that.

15      A.   No.

16      Q.   Since -- I don't think it's necessary

                       Page 4

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17  to go back to 1979 but certainly since --

18  before you say you indicated in the complaint

19  you started working for Neo Sushi since the

20  year 2000, can you just go one by one what

21  other jobs have you had?

22      A.   2001?  Work as Haru, H-a-r-u, it's a

23  Japanese restaurant.  Then.

24      Q.   What was -- what type of work did you

25  do there?

                                        6


 1      A.   Waiter.

 2      Q.   You were awaited.

 3      A.   Wait staff, yeah, server.

 4      Q.   So you dealt with customers all the

 5  time.

 6      A.   Yes.

 7      Q.   And did they -- they would pay you?

 8  What I mean to say is they would get the bill

 9  and they would pay you.  Would they pay in cash

10  sometimes?

11          MR. TAUBENFELD:  Objection to form.

12      You can answer.  You can answer the

13      question.

14      A.   Cash, credit card.

15      Q.   Did you -- when you were at Haru, did

16  you work with vendors?

17      A.   No.

18      Q.   Like people that supplied food or

19  supplies to the restaurant.

20      A.   You mean like the people that

                        Page 5

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt
21  delivery to the restaurant.

22       Q.   Yes, delivery?

23       A.   No.

24       Q.   How long were you at Haru for?

25       A.   This was less than like a month.

                                                    7


 1       Q.   Very short time.

 2       A.   Yeah, very short time.

 3       Q.   Where did you go next?

 4       A.   Went to Canada, Vancouver.

 5       Q.   And how long were you there for?

 6       A.   Two months.

 7       Q.   And what type of work did you do in

 8  Vancouver?

 9       A.   I was helping a friend at a factory.

10  He needed -- needed help.  So I was there to

11  help him -- it's a CD production factory that

12  he had a technician that goes from -- that

13  through in from Hong Kong.  So he doesn't -- he

14  can't drive to work.

15       Q.   No, I understand.  What year did you

16  come back to the United States?

17       A.   Two months -- it was the same year.

18       Q.   2002, 2000 --

19       A.   It was the same year, 2001.

20       Q.   What was your next job in the United

21  States?

22       A.   This was prime performance.

23       Q.   Prime performance?

24       A.   It's an embroidery factory.

25       Q.   What type of work did you do there?

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt
                                                            8

1       A.   Embroidery, like caps, clothing,
2   stuff like that.
3       Q.   Where was this company?
4       A.   California in aliment tea.
5       Q.   How long were you there 'til?
6       A.   I was there close to a year --
7       Q.   Now, just to speed it up, when did
8   you come back to New York city area?
9       A.   2004.
10       Q.   2004?
11       A.   Yes.
12       Q.   Have you worked in the New York City
13   area -- have you worked anywhere else besides
14   New York City area since?
15       A.   Yes.
16       Q.   So let's take it one step at a time.
17   In 2004 where did you work?
18       A.   New Jersey, neuvo Sushi.
19       Q.   Neuvo?
20       A.   Yeah.  It's French.  It's Japanese
21   but they put a French name in it.
22       Q.   Where was the restaurant located?
23       A.   Montclair.
24       Q.   Montclair.
25       Q.   What type of work did you do over
                                                            9

1   there?
2       A.   A server.
                              Page 7

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3      Q.   So you also corrected payments from

4   customers at the time of the bill.

5      A.   Yes.

6      Q.   Cash and credit card payments.

7      A.   Yes.

8      Q.   How long did you stay with neuvo?

9      A.   Until 2007.

10      Q.   And while you were with neuvo, was

11   that your only job?

12      A.   Was it my only job.

13      Q.   Did you work for anyone else teen --

14      A.   No, not at that time.

15      Q.   And how many hours a week on average

16   did you work at neuvo?  Do you remember?

17      A.   Opened at nighttime.  We arrive to

18   work around like three, yeah.

19      Q.   And you worked until what time at

20   night.

21      A.   Restaurant close at 1030, yeah and

22   then weekends it close at 11, like Friday and

23   Saturday, yeah.

24      Q.   And after you left neuvo, where did

25   you go?

                                        10


1      A.   I believe I went back to California.

2      Q.   How long were you there for?

3      A.   Six, seven months.

4      Q.   What type of work did you do over

5   there?

6      A.   I wasn't working.

7      Q.   So you came back to New York in 2008.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8      A.   Yeah.

9      Q.   And when was the next time you worked

10  again in the New York area?

11     A.   It was Megu.  I'm not sure though.

12     Q.   Do you know how to spell that?

13     A.   M-e-g-u.

14     Q.   Was that a restaurant as well?

15     A.   Yes, Japanese restaurant.

16     Q.   Where is that located?

17     A.   Midtown by the Trump tower, yeah.

18     Q.   And how many days a week did you work

19  there?

20     A.   It was five days when I started.

21     Q.   Did it stay five days the whole way

22  through?

23     A.   No.

24     Q.   So was it more or less?

25     A.   It was less, yeah.

                                        11


1      Q.   What type of work did you do with

2  them?

3      A.   I was a Sushi chef.

4      Q.   Before you started working as a Sushi

5  chef, did you receive formal training or did

6  you --

7      A.   Yes.  Oh, it was back in California,

8  yeah.

9      Q.   Did you go to a school?

10     A.   No, I was working in a restaurant.  I

11  left that one out.  Yeah, it was called Sekana,

                          Page 9

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12    also it's the same type, 2000, yeah, year 2000,

13    I believe.

14          Q.   How long were you with Megu?

15          A.   Megu for about a year, close to a

16    year.

17          Q.   Can you estimate when you left?

18          A.   I can't remember.

19          Q.   2009, 2010?

20          A.   I believe it was 2010 but I didn't

21    start in 2008, though.  There's something else

22    in 2008.  I for got.  I couldn't remember.

23          Q.   Let's talk about Megu.

24          A.   Okay.

25          Q.   Now, as a Sushi chef, where were you

                                              12


 1    stationed in the restaurant?

 2          A.   The Sushi bar.

 3          Q.   So was it a bar where customers would

 4    sit and see you?

 5          A.   Yes.

 6          Q.   And they would order Sushi directly

 7    from you or would they go through a server.

 8          A.   No, to the server.

 9          Q.   So when it was time to pay the

10    customer would pay the server or you?

11          A.   The server.

12               MR. TAUBENFELD:  Just let him finish

13          the question.

14          A.   Oh, sorry.

15               MR. TAUBENFELD:  So there's a clear

16          record.

                        Page 10

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17      Q.   Were you ever a server while you were

18   at Megu or just a Sushi chef?

19      A.   Sushi chef.

20      Q.   After you left Megu, what was the

21   next job?

22      A.   I believe it was Neo.

23      Q.   So Megu was the last job before you

24   went to Neo Sushi.

25      A.   Yes.

                                              13


1      Q.   Do you remember if you were

2   unemployed between the time you left --

3      A.   No.

4      Q.   So you went straight from Megu to Neo

5   Sushi?

6      A.   No, I was unemployed.

7      Q.   Excuse me?

8      A.   I was unemployed.  I was collecting

9   unemployment.

10      Q.   You were collecting unemployment.

11      A.   Yes.

12      Q.   How long were you collecting

13   unemployment for?

14      A.   Close to eight months I believe.

15      Q.   When did you -- do you remember the

16   first time you met May Leng Chen?

17      A.   Oh, Tuesday and Sushi den.

18      Q.   Is that a restaurant?

19      A.   It's a restaurant in Long Island.

20      Q.   Okay.  Was that a place you were

Page 11

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21  working?  I don't think you mentioned that

22  before.

23       A.   I wasn't there for long, yeah, I

24  forgot that one.  It was after Megu, I went to

25  work at Tuesday and Sushi den.  Sorry.

                                              14


 1       Q.   No, that's okay.  You can only tell

 2  me what you remember.  So what was the -- what

 3  was the name of the restaurant?  Can you spell

 4  it out?

 5       A.   Two Steak and Sushi den.

 6       Q.   And that was on Long Island.

 7       A.   Long Island, hide Park Avenue.

 8       Q.   So that was in between Megu and Neo

 9  Sushi.

10       A.   Yes.

11       Q.   Do you remember what type of work she

12  did?

13       A.   You mean May.

14            MR. TAUBENFELD:  Objection to form.

15       You can answer.

16       A.   May?

17       Q.   Yes, if it's all right I'll call her

18  May.

19       A.   Yes, she was a server.

20       Q.   How long were you at Two Steak?  Do

21  you remember?

22       A.   I was there part time, yeah, I only

23  worked during the week ends.  So it was like

24  couple of months I believe, yeah.

25       Q.   Did Michele Chen work there?

                    Page 12

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

15

1        A.    Yes.

2        Q.    And do you recall what tine of work

3  she did?

4        A.    She was a server.

5        Q.    When was the first time you met

6  Michele?

7        A.    That was the first time.

8        Q.    Did Johnny Shih work there?

9        A.    I don't remember, no.  I didn't see

10 him there when I was working there if that's

11 what you want to know.

12       Q.    Yes.

13       A.    Yeah.  I didn't see him.  I didn't

14 see him there working when I was there.

15       Q.    Can you repeat that last.  I'm sorry,

16 I'll just read it off the record.  Okay.  When

17 was the first time you met Kwo Shin Chang?

18       A.    Is that Jack.

19       Q.    Mr. Chang the third-party defendant

20 in this case.

21            MR. TAUBENFELD:  Objection to the

22       form but you can answer.

23       A.    I met him in 2000 -- 2000 -- year

24 2000 or 2001.

25       Q.    Did he go by Jack?

16

1        A.    Yes, I know him as Jack.

2        Q.    Jack Chang?

Page 13

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3    A.   Jack Chang.

4    Q.   How did you two meet?

5    A.   It was through a friend of mine

6  Steven.

7    Q.   Steven Wong.

8    A.   Yes.

9    Q.   How long have you known Mr. Wong?

10   A.   Since 1993.

11   Q.   Where did you meet Mr. Wong?

12   A.   In Hong Kong.

13   Q.   Were you two friends or coworkers?

14   A.   Friends.

15   Q.   When you met in Hong Kong you became

16  friends here, too?

17   A.   Yeah, when we came back to the United

18  States, yes.  We kept in touch.

19   Q.   And what year was that?

20   A.   1997 I believe.

21   Q.   And at that point you were both here?

22   A.   Here meaning United States.

23   Q.   United States, yes.

24   A.   Okay.  Yes.

25   Q.   Before knee yo Sushi, did you ever

                                              17


1  work with Mr. Wong?

2    A.   Yes.

3    Q.   Can you tell me the places again

4  where you two worked together?

5    A.   Neuvo Sushi, Megu, Two Steak and Neo.

6    Q.   And Neo?

7    A.   Yes.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8      Q.   Neo Sushi you mean.

9      A.   Yes.

10     Q.   At neuvo, do you remember what

11 Mr. Wong's job was?

12     A.   It was a head chef.

13     Q.   While at neuvo, did Mr. Wong

14 supervise you?

15     A.   Supervise me?

16     Q.   Yes.

17     A.   Not directly.

18     Q.   Did he tell you what time to come in

19 to the restaurant to work?

20     A.   That's a long while.  I don't

21 remember.

22          MR. TAUBENFELD:  It's okay if you

23     don't remember.  Just say you don't

24     remember.  That's fine.

25     A.   I don't remember.

                                        18


1      Q.   Did he tell you what time you could

2 go home?

3      A.   No.

4      Q.   Did he give you instructions?

5          MR. TAUBENFELD:  Objection to form.

6      Q.   You can answer.

7      A.   He would ask me to take this dish to

8 a certain table if that's what you meant.

9      Q.   Anything else?

10     A.   Sometime he'll ask servers, not just

11 me, like to clean -- if customer leaves he'll

Page 15

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12  ask us to clear the Sushi bar owe the next

13  customer could sit, stuff like that.

14      Q.   Now, neuvo, did you have time sheets?

15      A.   I don't remember that.  We clock in I

16  remember.

17      Q.   So was there a machine or you checked

18  in with somebody?

19      A.   Checked in with somebody.

20      Q.   Was that person Mr. Wong?

21      A.   His name is also Wong but it's not,.

22      Q.   Steven Wong.

23      A.   It's not Steven Wong.  It's Fredy

24  Wong.

25      Q.   Any relationship between the two?

                                                19


1       A.   Me and Freddy?

2       Q.   No, between Steven and Freddy Wong

3  that you know of.

4       A.   They are just friends.

5       Q.   But not family?

6       A.   No, not related.

7       Q.   As Megu, do you remember what type of

8  work Steven Wong did?

9       A.   Also Sushi.  He's a chef.

10      Q.   Was he a head chef?

11      A.   No.

12      Q.   Do you know if he did anything else

13  for Megu besides being a chef?

14      A.   No.

15      Q.   Did Mr. Wong ever tell you if he was

16  an investor or owner of neuvo?

Page 16

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17      A.    Yes.

18      Q.    Was he?

19      A.    He was the owner of neuvo.

20      Q.    Did Jack Chang also own neuvo?

21      A.    No.

22      Q.    Do you remember who the other owners

23  of neuvo were?

24          MR. TAUBENFELD:  Objection to form.

25      You can answer.

                                        20


1       A.    Freddy Wong.

2       Q.    Anyone else?

3       A.    There was other investors.

4       Q.    Do you know if Mr. Jack Chang was an

5   investor?

6       A.    No, he was not.

7       Q.    When you left know view was Steven

8   Wong still there?

9       A.    Yes.

10      Q.    Do you know when he left?

11      A.    Didn't remember.

12      Q.    Did he ever tell you why he left?

13      A.    Business was bad.  He had to sell the

14  restaurant.

15      Q.    Mr. Steven Wong, was he an owner of

16  Megu?

17      A.    No.

18      Q.    Do you know if he had any

19  responsibilities at Megu besides being a chef?

20      A.    No.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21     Q.   Do you know when Mr. Wong left Megu?

22     A.   I don't remember.

23     Q.   Did he ever tell you why?

24     A.   Oh, yes, he found another job.

25     Q.   At Two Steak?

                                                21


1      A.   Yes, I believe that's what it is.  It

2  was higher pay so he left, yes.

3      Q.   Was Mr. Wong an owner of Two Steak?

4      A.   No.

5      Q.   Mr. Chang, you said you met him in

6  2000, 2001?

7      A.   Somewhere around there, yes.

8      Q.   And were you two -- did you two

9  become friends as well?

10     A.   Yes.

11     Q.   Did you ever work -- before Neo

12 Sushi, did you ever work with Mr. Chang?

13     A.   Yes.

14     Q.   Where?

15     A.   Two Steak.

16     Q.   That was the first time.

17     A.   Yes.

18     Q.   Do you remember what type of work

19 Mr. Chang did?

20     A.   He was the manager there.

21     Q.   Do you know if Mr. Chang was an owner

22 or investor in Two Steak?

23     A.   No.

24     Q.   No he wasn't or no you don't know.

25     A.   He wasn't.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt
                                                    22

1       Q.   He wasn't an investor.

2       A.   No.

3       Q.   Outside of work, how often did you

4  see Mr. Wong?

5            MR. TAUBENFELD:  Objection to form.

6       Q.   On average?

7            MR. TAUBENFELD:  You can answer the

8       question.

9       A.   It varies.  Because sometimes we meet

10  the entire town.

11      Q.   You socialize.

12      A.   Yes.

13      Q.   Did you socialize outside much

14  Mr. Chang?

15      A.   Not as much as Mr. -- with Steven.

16      Q.   When was the first time you heard of

17  Neo Sushi?

18      A.   Through Steven Wong.

19      Q.   Do you remember the conversation?

20      A.   I can't recall that.

21      Q.   Do you recall Mr. Wong talking with

22  you about his investment in Neo Sushi?

23      A.   He might have mention it but I don't

24  quite remember the whole, you know.

25      Q.   Do you recall him mentioning that he

                                                    23


1  would be an owner?

2       A.   Part owner he mentioned, not full

                        Page 19

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3  owner.

4     Q.   Did he mention Mr. Chang also being a

5  part owner in Neo Sushi?

6     A.   Yes.

7     Q.   Were these conversations before you

8  went to Neo Sushi?

9     A.   Yes.

10    Q.   Do you remember how long between the

11 conversation and when you went to go work for

12 Neo Sushi?, months, weeks, days?

13    A.   Weeks.

14    Q.   Did Mr. Wong invite you to get a job

15 at Neo Sushi?

16    A.   Yes.

17    Q.   Can you describe how did that work?

18 Did you have an interview?

19    A.   It's over the phone.

20    Q.   who did you speak to over the phone?

21    A.   Steven.

22    Q.   Before you went to work at Neo Sushi,

23 did you speak with anybody else from Neo Sushi

24 besides Mr. Wong and Mr. Chang?

25    A.   No.

                                        24


1     Q.   When you spoke with Mr. Wong about a

2  position with Neo Sushi, was this to be a Sushi

3  chef?

4     A.   Yes, assistant Sushi chef, yes.

5     Q.   Now, once you were there working at

6  Neo Sushi, were you -- was there a Sushi

7  station?

                        Page 20

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8      A.    You mean a Sushi bar?

9      Q.    Yes.

10     A.    Yes.

11     Q.    And would customers sit at the bar?

12     A.    Yes.

13     Q.    And how would you take orders?  Would

14  you take them from the customers or from the

15  server?

16     A.    It varies.  Sometimes customer like

17  to order through the chefs and sometime they

18  like to take orders from the servers.

19     Q.    If the order came from the server,

20  the customer would pay the server.  Is that

21  correct?

22     A.    Yes.

23     Q.    Now, if the customer came to you to

24  the bar, how would they pay?

25     A.    Also pay to the servers.

                                              25


1      Q.    Not to you?

2      A.    Not to me.

3      Q.    So no cash to you, no credit cards,

4  nothing like that.

5      A.    No.

6      Q.    Did you ever order supplies for --

7      A.    No.

8      Q.    -- for the restaurant?

9      A.    No.

10     Q.    Did you ever deal with any delivery

11  people, vendors, that sort of thing over the

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12   phone.

13        A.   No.

14        Q.   Or over the computer?

15        A.   No.

16        Q.   Now, going back to the time right

17   before you said you came to Neo Sushi, did

18   Mr. Wong speak to you about salary?

19        A.   Yes.

20        Q.   Did he say he paid by the hour or was

21   a set rate per month or week?

22        A.   By the hour.

23        Q.   Do you remember how -- do you

24   remember what he said you would be paying an

25   hour?

26

1        A.   He told me that Brendon which is

2   Mr. Ly would only pay me $10 an hour.

3        Q.   Did you ever speak to Mr. Ly before

4   you started working at Neo Sushi?

5        A.   Not really.

6        Q.   I don't understand your answer.

7        A.   You mean like spoke to him in person?

8        Q.   Over the phone, in person?

9        A.   No.

10        Q.   Aside from 10 collars an hour, do you

11   remember what else Mr. Wong told you about what

12   your compensation, wages, anything like that

13   would be?

14        A.   Just the 10 collars an hour.

15        Q.   Did he speak you about over time?

16        A.   No.

Page 22

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17      Q.   Did he speak to you about what your

18 hours would be?

19      A.   Yes.

20      Q.   And what do you remember?

21      A.   This was from -- actually let me

22 rephrase that.  It was Monday to Wednesday.

23 It's from three p.m. to 11 p.m.  And then

24 Thursday to Saturday it's from three p.m. to 12

25 a.m.

                                              27


1      Q.   Did Mr. Wong talk to you about

2 vacation?

3      A.   No.

4      Q.   Or your ability to take time off.

5      A.   No.

6      Q.   Or sick days?

7      A.   No.

8      Q.   Do you remember what type of work

9 Mr. Wong did at Neo Sushi?

10      A.   He was a head chef.

11      Q.   Did you ever see Mr. Wong in the

12 office of the restaurant?

13           MR. TAUBENFELD:  Objection to form.

14      A.   There was no office at Neo Sushi.

15      Q.   Do you remember when you started

16 working at Neo Sushi?

17      A.   It was in July 25.

18      Q.   Of what year?

19      A.   2011 I believe.  2011.

20      Q.   And how long did you stay there

Page 23

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21  until?

22      A.   Until December 3rd of 2011.

23      Q.   Now, when you were at Neo Sushi,

24  every day you came in, did you clock in?

25      A.   No.

                                              28


 1      Q.   So how would people know you were

 2  there, just by showing up and seeing you.

 3      A.   Yes.

 4      Q.   At the end of the day did you have to

 5  sign out or how would people know that you were

 6  going to leave or did you just leave?

 7      A.   We just -- we all leave together.  We

 8  clean up everything, everything is clean up and

 9  then we -- everybody leaves at the same time

10  pretty much.

11      Q.   Did you ever have to submit a time

12  sheet?

13      A.   I don't recall having seen one.

14      Q.   Do you recall anyone ever asking you

15  to fill out your time?

16      A.   No.

17      Q.   Let me show you this as an exhibit.

18  I'm going to mark this as Wu one.

19               (Wu one is marked.)

20      Q.   Does this document look familiar to

21  you?

22      A.   No.

23      Q.   You've never seen this document

24  before.

25      A.   No.  Well, I've seen it.
                      Page 24

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

29

1      Q.   Before the litigation have you ever
2  seen this document before.
3      A.   Yes.
4      Q.   Where did you see it?
5      A.   Yesterday.
6           MR. TAUBENFELD:  I don't think he
7      understand its question you asked.
8      Q.   Let me rephrase.  Before the lawsuit,
9  when you were still at Neo Sushi, did you ever
10 see this documents before?
11     A.   No.
12          MR. TAUBENFELD:  For the record, this
13     is an eight page document, no Bates stamp.
14     Q.   Jack Chang is Kwo Shin Chang,
15 correct?
16     A.   I believe so.
17     Q.   AndBrandon Lee is Vinh see Ly?
18     A.   I believe so.
19     Q.   And May Chan is May Leng Chan.  Is
20 that correct?
21     A.   Yes.
22     Q.   And Steven Wong, that's your friend
23 from a long time.
24     A.   Yes.
25     Q.   Johnny Shih, when did you meet Johnny

30

1  Shih, do you remember the first time?
2      A.   I believe that's the first time I met

Page 25

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3  Johnny.

4        Q.    At Neo Sushi?

5        A.    Yes.

6        Q.    Do you remember what type of work he

7   did at Neo Sushi?

8        A.    Always Sushi chef.

9        Q.    Who is Mr. Ken Zheng?

10       A.    Ken Zheng is another Sushi chef.

11       Q.    You mentioned you were an assistant

12  Sushi chef.  Was there a head Sushi chef?

13       A.    Steven Wong.

14       Q.    Steven Wong was ahead Sushi chef.

15       A.    Yes.

16       Q.    So Mr. Wong was there with you while

17  you were doing your -- while you were doing

18  your work.

19            MR. TAUBENFELD:  Objection to form

20       but you can answer.

21       A.    Most of the time.

22       Q.    Was Mr. Wong giving you instructions?

23       A.    Yes.

24       Q.    Direction?

25       A.    What do you mean by direction?

                                             31


1        Q.    Just telling you to do things, things

2   having to do with your job.

3        A.    Yes.

4        Q.    If you had to take a break to go to

5   the bathroom or something like that, who would

6   you tell?

7            MR. TAUBENFELD:  Objection to form

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8      you can answer.

9      A.    Steven.

10     Q.    Who is Spencer Chang?

11     A.    ^^Spencer Chang works in the kitchen.

12     Q.    Did you ever meet him before Neo

13 Sushi?

14     A.    Yes.

15     Q.    Where did you meet him before?

16     A.    Outside.

17     Q.    Did you meet him in any other place

18 you worked in the past before Neo Sushi?

19     A.    Yes.

20     Q.    Which restaurant?

21     A.    Restaurant in New Jersey, Princeton,

22 New Jersey.  It's called -- I forgot the name.

23     Q.    This is another place, not one of the

24 ones you mentioned before.

25     A.    No, different place.  It's called --

                                                  32


1      Q.    Do you remember what year?  Was it

2 before neuvo, was it before Megu, can you

3 estimate that?

4      A.    It was after Megu.

5      Q.    Two Steak?

6      A.    After Two Steak I believe.

7      Q.    So just before you went to Neo Sushi

8 Sushi?

9      A.    Yes.

10     Q.    Do you know if Mr. Wong knew

11 Mr. Spencer Chang before Neo Sushi?

                    Page 27

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12      A.   Yes.

13      Q.   Do you know from where?

14      A.   Mr. Chang.

15      Q.   Do you know how Mr. Wong knew

16  Mr. Chalk?

17      A.   They are relatives.

18      Q.   Do you know, can you sayens?

19      A.   Uncle and nephew.

20      Q.   Who's the nephew?

21      A.   Spencer.

22      Q.   What type of work does Spencer do?

23  Dead at Neo Sushi?

24      A.   He was a kitchen chef.  He works in

25  the kitchen.

                                              33


 1      Q.   Who is Wong Liang Zhu?  (^mark^)?

 2      A.   I don't remember that name.  Is there

 3  another -- go by another name?

 4      Q.   Not to my knowledge.

 5      A.   Then I -- sometime they call by

 6  different name.  Alfredo, do you know who that

 7  is.

 8      A.   Rong Liang Zhu.

 9      Q.   On page two if you can --

10      A.   Alfredo, he works in the kitchen.

11          MR. TAUBENFELD:  Turn so the second

12      page.

13      Q.   Yeah, if you could turn to the second

14  page.  Who's Alfredo?

15      A.   He's one of the kitchen worker.

16      Q.   Now going to the next page, page

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17  three.  Who is go to frayed do gar see I don't?

18      A.  He's also one of the kitchen worker.

19      Q.  Do you know what type of work he did

20  besides kitchen work?  Like cub a limb more

21  specific?  If you remember.

22      A.  I don't quite remember.  One was --

23  one does -- he help, also does the dishes too.

24  So I forgot which it was.

25      Q.  Who is Fermin?

                                                34


 1      A.  Don't remember.

 2      Q.  Can you please go to the next page,

 3  page four.

 4      Q.  Who's Jackie, on the bottom there.

 5      A.  Jackie was another Sushi helper.

 6      Q.  So she was a helper.

 7      A.  Yes.

 8      Q.  So all the people that worked at the

 9  Sushi bar, Mr. Wong was in charge.

10      A.  Yes.

11      Q.  And he would tell them what to do,

12  how to prepare the Sushi, that kind of thing?

13      A.  Yes.

14      Q.  Dealing with the orders?

15      A.  Yes.

16      Q.  Now, at the time Mr. Wong invited you

17  to come work at Neo Sushi and you talked about

18  salary, what you'd be making per hour, did he

19  ever put any of that in writing?

20      A.  No, just verbal.

                        Page 29

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21      Q.   Do you remember the first time you

22 met Mr. Ly?

23      A.   Yes, in Two Steak.

24      Q.   At Two Steak?

25      A.   Two Steak Sushi, yeah.

                                            35


1       Q.   What was Mr. Ly's -- what did he do

2  at Two Steak?

3       A.   He was a server.

4       Q.   Do you know if he was an owner of Two

5  Steak?

6       A.   No.

7       Q.   Or investor?

8       A.   No.

9       Q.   When Mr. Wong first talked to you

10 about Neo Sushi and mentioned that he was going

11 to be an investor or owner, part owner.  Did he

12 say that Mr. Ly would also be a part owner?

13      A.   He's the main owner he said.

14      Q.   Was he more specific than main owner?

15      A.   He's the -- I don't know how to put.

16      Q.   Did he say he was 50 percent?  Did

17 he -- was he more specific than just saying

18 main owner?

19           MR. TAUBENFELD:  Objection to form.

20      You can answer the question.

21      A.   I don't know what else.  No, he

22 didn't mention any percentage like he's the ...

23      Q.   After you left Two Steak and before

24 you went to work at Neo Sushi, did you ever

25 speak to Mr. Ly?

                         Page 30

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

36

1      A.   Before Neo Sushi?

2      Q.   Yes.

3      A.   No.

4      Q.   When was the first time you saw

5  Mr. Ly at Neo Sushi?

6      A.   When I came to work at Neo.

7      Q.   The first day, the second day?

8      A.   The first day.

9      Q.   Did you see Mr. Ly there every day

10  you were there?

11      A.   Yes.

12      Q.   What was he doing?

13      A.   He was sitting by the cash register.

14      Q.   Did you see him do other things?

15      A.   Yeah, playing with his phone.

16      Q.   Anything else?

17      A.   On the computer and then sometime he

18  would go out of the room.  If there's customer

19  he will, you know, kind of talk with them, you

20  know.  Stuff like that.

21      Q.   On average how many times a day or

22  how many times would you talk to Mr. Ly during

23  the evening that you were working?

24      MR. TAUBENFELD:  Objection to form.

25      You can answer.

37

1      A.   I don't remember.  Came in, say

2  hello, you know, during work, you know,

Page 31

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3  sometimes we have small talks.  I don't

4  remember how many times.

5      Q.   Did Mr. Ly ever talk to you about the

6  Sushi bar?

7          MR. TAUBENFELD:  Objection to form.

8      You can answer the question.

9      A.   He would talk to Steven.

10     Q.   Would Mr. Ly ever talk to you about

11 how to do your job?

12     A.   No.

13     Q.   Would Mr. Ly ever give you things to

14 do?

15     A.   I don't remember.

16     Q.   Did you see Mr. Ly at Neo Sushi in

17 the restaurant, did you see Mr. Ly talk to

18 Ms. Chan?

19     A.   Yes.

20         MR. TAUBENFELD:  Objection just to be

21     clear is that Michele or may Chen.

22     Q.   Thank you, May Chan?

23     A.   Yes.

24     Q.   How about Michele Chan?

25     A.   Yes.

                                           38


1      Q.   How often would you say on average?

2      A.   Like I say it varies because most of

3  the time we're behind the Sushi bar working so

4  I can't see how often they talk.

5      Q.   Could you hear what they were talking

6  about?

7      A.   Not really.

                 Page 32

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8          MR. SALVA:  Could we take a short

9     break?

10          MR. TAUBENFELD:  Sure.

11               (There is a recess taken.)

12     Q.   Mr. Wu, were there instances where

13 you worked over time in Neo Sushi?

14          MR. TAUBENFELD:  Objection to form.

15     You can answer.

16     A.   Came in to work and leave pretty much

17 the same time.  So how many hours is that,

18 eight hours.

19     Q.   So what time did you come in every

20 day?

21     A.   Three.

22     Q.   And what time did you leave?

23     A.   Leave like I said earlier, Monday

24 through Wednesday we leave at 11 and then

25 Thursday through Saturday we leave at 12 a.m.

                                        39


1     Q.   But you always came in at three.

2     A.   Always three.

3     Q.   Did you have breaks while you were

4 working besides just running to the bathroom

5 but did you have a lunch break for example?

6     A.   I wouldn't call it a lunch break.

7     Q.   Or time to eat.

8     A.   We eat.  But it was like 10, 15

9 minutes.

10     Q.   Where would you go?

11     A.   It was at the dining area.

                    Page 33

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12    Q.  Did you ever go like take a walk or

13 run an errand or --

14    A.  No, just right after our meal we just

15 went back to our station and start working.

16    Q.  And that meal was how long.

17    A.  10 minutes.

18    Q.  Was it at the same time every day?

19    A.  You mean the meal or,.

20    Q.  The break, the time to eat the 10 to

21 15 minutes you're saying or the 10 minutes.

22    A.  Pretty much.  Give or take, yeah,

23 it's around there.

24    Q.  Did you take any days off during your

25 time at Neo Sushi?

                   40

1    A.  Not that I remember because we close

2 on Sunday.

3    Q.  So besides Sunday did you take any

4 other day off?

5    A.  Not that I remember.

6    Q.  Did you ever take a sick day?

7    A.  No.

8    Q.  Did you ever work half a day?

9    A.  Might have came in late couple of

10 days maybe.  How many I don't remember.  Half

11 day -- sometimes you come like an hour late,

12 yeah, I wouldn't call it a half a day.

13    Q.  So when you came in an hour late,

14 were you paid for that hour?

15    A.  No.

16    Q.  Did you ask for permission to come in

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17  late?

18       A.   Yes.

19       Q.   Did you ever leave early?

20       A.   No.

21       Q.   Now, when you came in an hour late,

22  did you tell somebody in advance that you were

23  going to be late?

24       A.   Yes.

25       Q.   Who would you tell?

                                            41


1        A.   I would call Steven and then he'll

2   relay the message to Brendon.

3        Q.   Did you ever see him relay the

4   message to Brendon?

5        A.   Not that I remember, no.  But he'll

6   tell me go out and let Brendon know over the

7   phone.

8        Q.   When you were at Neo Sushi and an

9   hour late for example, were you ever given the

10  opportunity to make up the time?

11       A.   No.

12       Q.   Did they give you at Neo Sushi, did

13  you receive a performance evaluation?

14       A.   No.

15       Q.   Did they ever tell you how you were

16  doing at your job?

17            MR. TAUBENFELD:  Objection to form.

18       A.   No.

19       Q.   Did Mr. Wong ever tell you you were

20  doing a good job?

```
           CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt
21      A.   I don't remember.

22      Q.   How about Mr. Ly?  Did he ever tell

23  you you were doing a good job?

24      A.   I can't remember that either, yeah.

25      Q.   How about Mr. Chang?

                                                    42


 1      A.   Mr. Chang?  Don't remember.

 2      Q.   Now, what did Mr. Chang do at Neo

 3  Sushi?

 4      A.   He was the manager.

 5      Q.   Did you talk to Mr. Chang when you

 6  were at Neo Sushi?

 7      A.   Yes, like small talks.

 8      Q.   Would you talk to him more or to

 9  Mr. Ly?

10      A.   It varies, yeah.  Sometime we all

11  join the conversation, you know together.

12      Q.   Did you talk about work?

13      A.   Mostly small talk social, not ...

14      Q.   Now, I do have one more question on

15  the exhibit.  If you could just flip through.

16  Just the pages with the spread sheet not the

17  end with the ID's but just the pages of the

18  spread sheet.

19           MR. TAUBENFELD:  I'm sorry you want

20      him to look through the six pages?

21      Q.   Please.  Take your time I don't mean

22  to rush you.  Just flip through it.  Take your

23  time by all means.  Do you know why your name

24  is not on here?

25      A.   I can't give you an answer.  I really
```

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

43

1  don't know why.  Because I never seen this

2  document before during my time at Neo.

3      Q.   Okay.  Thank you.  Did Mr. Wong ever

4  complain to you about your work?

5      A.   Not really.

6      Q.   Not really or --

7      A.   No.

8      Q.   Did Mr. Ly ever complain to you about

9  your work?

10     A.   No.

11     Q.   How about Mr. Chang?

12     A.   No.

13     Q.   How often do you think you were

14  supposed to be paid while you were at Neo

15  Sushi?

16          MR. TAUBENFELD:  Objection to form.

17     A.   Weekly.

18     Q.   Is that what Mr. Wong told you.

19     A.   Yes.

20     Q.   Did Mr. Ly ever tell you that you

21  would be paid weekly?

22     A.   I don't remember.

23     Q.   Now, as a Sushi chef, did you receive

24  tips?

25     A.   No.  Not for me.  Supposed to but I

44

1  never got.

2      Q.   What do you mean by supposed to?

Page 37

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3     A.   So far most of the Sushi restaurant I

4  work for, Sushi bar does get tips for the

5  chefs.

6     Q.   Well, did Mr. Wong tell you you would

7  get tips?

8     A.   Supposed to, yes.

9     Q.   How would though work because if you

10  weren't dealing with the customers, how would

11  tips work?

12     A.   There were customers sitting at the

13  Sushi bar.  So we get part of the tips because

14  like I told you before customers sometimes

15  order through us.  Most of the time we take the

16  orders when they sit down at the Sushi bar we

17  would greet them and ask them, you know and

18  then the server would, you know, sort of serve

19  them drinks and stuff, or offer them drinks.

20     Q.   So the customers never offered you

21  tips while you were at Neo Sushi.

22     A.   No.

23     Q.   And the servers would not share their

24  tips with you.

25     MR. TAUBENFELD:  Objection to form.

                               45

1     A.   They might have but I never got them.

2  I never got any tips.

3     Q.   So he never shared their tips with

4  you.

5     MR. TAUBENFELD:  Objection to form.

6     Q.   If they got tips they never shared

7  them with you?

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8      A.   Like I said I never got them.  They

9  might have, you know.  Steven might have some

10  but I never got any.

11      Q.   You were supposed to be paid every

12  week.  Is that what your testimony is?

13      A.   Yes.

14      Q.   Were there weeks where you were not

15  paid at all?

16      A.   No.

17      Q.   Do you remember which ones?

18      A.   Okay, well let me put it this way

19  through out the whole period of time that I

20  work at Neo, I only got paid four times as I

21  remember pretty much four times.

22      Q.   Did you ever complain to anyone at

23  Neo Sushi about how they were paying you?

24      A.   Yes.

25      Q.   Who did you complain to?

                                        46


1      A.   Steven.

2      Q.   Do you remember the first time you

3  complained to him?

4      A.   It was the first week I remember I

5  think.  It was the first week that we didn't

6  get pay and then I asked Steven and he was, oh,

7  I'll found out from Brendon.

8      Q.   How often did you complain to Steven

9  about not getting paid?

10      A.   Well, when I don't get paid that week

11  I would ask and he will always tell me that

                    Page 39

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12   he'll ask Brendon.

13       Q.   Did you ever go to Mr. Chang, Jack,

14   to complain?

15       A.   No.   Steven was my supervisor.   Most

16   of the complaint I go through him.

17       Q.   Did you ever put your complaint to

18   Mr. Wong in writing?

19       A.   No.

20       Q.   Did you ever send him an e-mail?

21       A.   No.

22       Q.   Did you ever go to Brendon and

23   complain to him correctly?

24           MR. TAUBENFELD:   I'm sorry, I don't

25           know if you already put on the record that

                                                    47


 1           Brendon is Mr. Ly just so we have a clear

 2           record.

 3               MR. SALVA:   Yes, I think that's been

 4           established on a few occasions but thank

 5           you.

 6       Q.   Did you ever go to Mr. Ly to

 7   complain?

 8       A.   No.

 9       Q.   Why didn't you?

10       A.   Because like I said Steven was my

11   supervisor.   I mostly go through him.

12       Q.   Did you ever talk to May about your

13   not getting paid?

14       A.   No.   Well --

15       Q.   While you were at Neo Sushi, while

16   you were still at Neo Sushi did you ever talk

                    Page 40

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17  to May?  I'll start over.  While you were still

18  at Neo Sushi, did you ever complain to May, may

19  Chan about your not getting paid?

20       A.   Actually we all complained about not

21  getting paid.

22       Q.   But did you talk to each other?  Did

23  you talk to May?  Did you talk to Michele,

24  Johnny?  Did you talk to each other?

25       A.   Yes, of course.

                                                    48


 1       Q.   And did you guys do anything -- this

 2  is -- my question is while you were still at

 3  Neo Sushi, did you ever think of approaching

 4  Mr. Ly together?

 5       A.   No.

 6       Q.   Or Mr. Wong?

 7       A.   How can I put it?  We just go through

 8  our supervisor.  They would go through their

 9  supervisor, manager, Jack.

10       Q.   And what would they tell you?

11  After -- they said they'd go three their

12  supervisor.  Is that correct?

13       A.   Yes.

14       Q.   And then what would they tell you

15  after they spoke to Jack, for example?

16       A.   Pretty much the same answer.

17       Q.   Which was?

18       A.   Next week.

19       Q.   Why didn't you go to Mr. Ly?

20       A.   I usually don't -- I don't know.

**Page 41**

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21  We -- the way we work as I work most of the

22  restaurants we don't go through the owner.  We

23  just talk to our supervisor and then or the

24  manager and then they go through the owner.

25      Q.   But Mr. Wong was an owner, too.

                                                49


 1      A.   He's my supervisor also.  So a lot of

 2  times when Brendon was to relay messages or

 3  something to us, he would go through Steven and

 4  Steven would tell us.  So that's how it works.

 5      Q.   Before you left Neo Sushi in December

 6  of 2011, why didn't you quit before?

 7          MR. TAUBENFELD:  Objection to form.

 8      A.   If I quit we all discuss about

 9  quitting.  If we quit we would never get paid.

10      Q.   Did you have another job while you

11  were at Neo Sushi?

12      A.   No.  You mean after?

13      Q.   No, while you were there, like at the

14  same time.  Do you remember anything part time,

15  on the side?

16      A.   No.

17          MR. SALVA:  I'd like to mark this as

18      Wu 2.

19              (One page of a document is

20          marked as Wu 2 for Identification.)

21      Q.   Do you recognize this document,

22  Mr. Wu?

23      A.   Yes.

24      Q.   Can you describe it for the record?

25      A.   It's my Wtwo for 2011.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

50

1          MR. TAUBENFELD:  Also for the record
2      its Bates stamped P9.
3      Q.   Who is don't U.S.A.?
4      A.   It's a Ramen restaurant in edge
5  water.
6           New Jersey.
7      Q.   When were you working for them?
8      A.   After Neo.  I was lucky to found this
9  job.
10     Q.   So was this --
11     A.   December.
12     Q.   So this is just December?
13     A.   Yeah, just December.
14     Q.   I'd like to pass as Wu 3, next
15  exhibit.
16               (Next exhibit is Wu 3.)
17     Q.   So this is for the record can you
18  describe this document?
19     A.   Yes, this is my W2 year 2012.
20     Q.   And this is for the same employer you
21  have after Neo Sushi?
22     A.   Yes.
23     Q.   Are you still with them?
24     A.   No.
25     Q.   What type of work did you do for

51

1  them?
2      A.   Line cook.

Page 43

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3      Q.   Can you describe a little bit what

4   that means?

5      A.   Line cook is pretty much does

6   prepping, setting up, doing cooking.

7      Q.   When did you leave that employer?

8      A.   This employer?  Recently, two -- give

9   me one second.

10      Q.   Take your time.  It was in February.

11      Q.   Are you working now?

12      A.   Yes.

13      Q.   Where are you working?

14      A.   In Brooklyn.

15      Q.   What is the name of the employer?

16      A.   It's called Ganso, G-a-n-s-o. it's

17   also a Ramen place.

18      Q.   What kind of work are you doing for

19   them?

20      A.   Line cook.

21      Q.   At dome U.S.A. did \may\May Chan work

22   with you.

23      A.   No.

24      Q.   How about Michele Chan?

25      A.   No.

                                            52

1      Q.   Johnny Shih?

2      A.   No.

3      Q.   Mr. Wong?

4      A.   No.

5      Q.   Whore Mr. Jack Chang.

6      A.   No.

7      Q.   At the new place you're now at

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8  Brooklyn, are any of your other plaintiffs

9  working with you?

10      A.   No.

11      Q.   How about Mr. Wong?

12      A.   No.

13      Q.   Or Mr. Chang?

14      A.   No.

15      Q.   Are you an owner the new place in

16  Brooklyn?

17      A.   No.

18      Q.   You could put that aside.  Thank you.

19      Q.   When you were at Neo Sushi, did you

20  ever see a sign something on a wall that said

21  anything to do with -- you know, that said

22  something about salary or your rights as an

23  employee.

24      A.   No.

25      Q.   Did anyone -- did you ever ask for

                                            53


1  that to be put up?

2      A.   It didn't cross my mind.

3      Q.   Did you know how -- let me rephrase.

4  Did Mr. Wong ever talk to you while you were at

5  Neo Sushi, did he ever talk to you about how

6  the restaurant was doing in terms of money,

7  revenue, that type of thing?

8      A.   No.

9      Q.   Did he ever tell you that the

10  restaurant was having problems?

11          MR. TAUBENFELD:  Objection to form.

**Page 45**

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12       You can answer.

13       A.   I don't remember.

14       Q.   Did Mr. Wong ever complain to you

15  about Brendon Ly?

16       A.   A little bit.

17       Q.   What did he complain about?

18       A.   Money issues.

19       Q.   Do you remember anything more

20  specifically?

21       A.   Like he's not getting paid so --

22       Q.   Who's he?

23       A.   Steven Wong, yeah.  And then --

24  because sometimes when I ask him for money, I

25  mean about our pay and he goes I'm also not

                                                54


1  getting paid by Brendon either.  So he --

2  sometime he get frustrated when we ask too much

3  so he goes I'm also not getting paid.

4       Q.   Do you remember how many times Steven

5  Wong would tell you this?

6       A.   I don't remember.  I do remember he

7  did complain about it.  But how many times, I

8  don't remember.

9       Q.   Did Mr. Chang ever complain to you

10  about Brendon Ly?

11       A.   Probably did.  I don't remember.

12  Yeah, it's been a while.

13       Q.   Besides Steven Wong complaining about

14  not getting paid, do you remember him

15  complaining about anything else about Mr. Ly?

16       A.   I don't recall.

                        Page 46

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17      Q.    When did you leave Neo Sushi?

18            MR. TAUBENFELD:   Objection to form.

19      You can answer.

20      A.    We didn't actually leave.

21      Q.    Well you tell me.   When did you stop

22  working at Neo Sushi?

23      A.    December 3rd of 2011.

24      Q.    How did your employment end at Neo

25  Sushi?

                                               55


1       A.    We came to work one day.   The door

2   was locked.   Nobody was there and we call -- I

3   call Steven and he told me that Brendon has

4   changed the locks and they couldn't even get

5   in.

6       Q.    What did you -- after you spoke to

7   Steven the first time, did you talk to him

8   later about what happened?

9       A.    Yes, we did.   I ask.

10      Q.    What did he tell you?

11      A.    Just go Brendon change locks.   So I

12  just -- we just go for why?   He go he say I

13  don't know.   He just all of a sudden he just

14  change the locks.   Lock us all out.

15      Q.    Did you ever talk to Mr. Ly about

16  what happened?

17      A.    I don't have his phone number, never.

18  You mean like after?

19      Q.    After he locked the doors and you

20  were no longer with Neo Sushi before the

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt
21  lawsuit, did you ever talk to Mr. Ly again?

22      A.   No.

23      Q.   You've not spoken to him since.

24      A.   No.

25      Q.   December 3rd, 2011?

                                        56


 1      A.   No.

 2      Q.   Do you have any emails from Mr. Ly?

 3      A.   No.

 4      Q.   Did Mr. Wong ever tell you why the

 5  doors were locked?

 6          MR. TAUBENFELD:  Objection to form.

 7      You can answer.

 8      A.   It's got to do with money.  It's got

 9  something to do with money.

10      Q.   Do you remember more specifically?

11      A.   I don't remember.  It's because of

12  money issues and then they just, you know, he

13  just shut, close down.  He just changed the

14  door -- changed the lock.  I usually don't ask

15  more question -- more than I supposed to.

16      Q.   Did you know how the restaurant

17  was -- let me rephrase.  Did you think the

18  restaurant was having a financial problem?

19      A.   I think so because we're not getting

20  paid what we're supposed to.

21      Q.   Were there a lot of customers in the

22  restaurant?

23      A.   It was -- it was a decent business.

24  I mean we have decent customers that come in

25  regularly.  Business was okay.  I mean I

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

57

1  wouldn't say like packed but it was okay.

2       Q.   On a Saturday night would the place

3  be full or half empty or what do you remember?

4       A.   Full, yeah.  It's not a very big

5  restaurant.  It's a very small but it would

6  pack up really fast.

7       Q.   Were you surprised when Mr. Wong told

8  you that the restaurant was having financial

9  problems?

10      A.   Yes.

11      Q.   How well do you think it was doing?

12           MR. TAUBENFELD:  Objection to form.

13      A.   Average.

14      Q.   What's average to you?

15      A.   Because average means that there's

16 business, I mean there's -- the restaurant have

17 like customers that comes in every day.  That's

18 average.  I mean I wouldn't say like packed.

19      Q.   Did Mr. Wong ever tell you how much

20 money they made a week or a night or?

21      A.   No.

22      Q.   He never shared that information with

23 you.

24      A.   I never ask.

25      Q.   When you complained to Mr. Wong about

58

1  not getting paid and you said if I recall your

2  testimony you said that you'd get paid the

Page 49

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3  following week and that he also was not getting

4  paid as well.  Did he give you a reason why

5  this was happening?

6        MR. TAUBENFELD:  Objection to form.

7    A.   He would just say just Brendon

8  doesn't have the money yet., something like

9  that.

10    Q.   Did Mr. Wong ever tell you to stop

11  complaining?

12    A.   No.

13    Q.   As my next exhibit I'd like to as P4

14  a copy of the complaint.

15             (Wu 4 is marked.)

16    Q.   Feel free to take a look at it as

17  long as you need.  I'm not going to ask you any

18  legal stuff.  I'd like you to please take a

19  look, sir, on page eight.  Paragraph 48.  Read

20  that paragraph to yourself.

21    A.   Do I read.

22    Q.   To yourself.  You don't have to read

23  it out loud.  That's all right.  Are you saying

24  here and I'm not asking you to tell me anything

25  about the law, that's your lawyer's job.  But

                                59

1  are you saying here that you were terminated

2  from Neo Sushi because you complained?

3        MR. TAUBENFELD:  Objection to form.

4    I just want to make it clear that this is

5    a complaint that was filed by his

6    attorney.  It's not saying anything here

7    specifically.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

```
 8              MR. SALVA:  But essaying that he was
 9        retaliated against and I just want to
10        establish the basis for his belief for
11        that.  I'm not asking him to draw a legal
12        conclusion.  I'm asking for a factual --
13        I'm now only asking for factual testimony.
14              MR. TAUBENFELD:  I understand.  He's
15        not saying anything that's specifically in
16        the complaint.  If you're asking if he was
17        retaliated against that's a fair question.
18        But part owner graph 48 is not his
19        testimony.
20              MR. SALVA:  I understand.  I'm just
21        using it as a reference point.
22              MR. TAUBENFELD:  Okay.
23        Q.   Let me repeat the question, were you
24   terminated from Neo Sushi because you
25   complained about not getting paid?
```

60

```
 1        A.   I guess so.  He shut the door.  We
 2   don't know what happened.  But we ask -- if
 3   asking for money is considered complaining, I
 4   guess so.
 5        Q.   But do you believe that's the reason
 6   that he shut the doors?
 7        A.   That I really don't know if what
 8   Mr. Ly was doing.  Until this day I still, you
 9   know, asking myself that question.  Is it
10   because due to our complaint or due to he
11   doesn't want to pay us because he shut the
```

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12   doors.

13      Q.   Is it possible the restaurant was

14   having money problems?

15          MR. TAUBENFELD:  Objection to form.

16      Q.   And couldn't pay you?

17      A.   Like I said could the restaurant was

18   having -- the business was average.

19      Q.   But do you know anything about how

20   much they were paying in rent?  Do you know how

21   much Neo Sushi was paying for their supplies,

22   their electric?  Do you have any information

23   about that?

24      A.   No.

25      Q.   So you really don't know how well or

                                              61


1   bad they were doing?

2      A.   No.

3      Q.   And Mr. Wong never told you?

4      A.   I don't remember.

5      Q.   Since you left Neo Sushi and when you

6   had that conversation with Mr. Wong about the

7   closing on the doors before the litigation,

8   before the case started, did you speak to him?

9      A.   Speak to who?

10      Q.   Mr. Wong, Steve Wong.

11      A.   Yes.

12      Q.   Are you two still friends?

13      A.   Yes, we are.  It's not his fault.

14      Q.   No, I didn't ask that.  After he left

15   Neo Sushi, do you know where he went, what type

16   of job he took?

                        Page 52

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17      A.   I don't remember.

18      Q.   Do you know if he owns another place

19  now?

20      A.   No.

21      Q.   Or if he's an investor in another

22  place.

23      A.   No.

24      Q.   Do you know what type of work he's

25  doing now?

                                              62


1       A.   Yeah, he's Sushi, also work as Sushi

2  chef.

3       Q.   Do you know where?

4       A.   Yeah, in Millburn.

5       Q.   New Jersey?

6       A.   Yes.

7       Q.   Do you know if Mr. May Chan is

8  working with him?

9       A.   No.

10      Q.   Or Michele Chan?

11      A.   No.

12      Q.   What is -- do you know what may Chan

13  is doing now?  For a job?

14      A.   Yes.  She's working at Haru, H-a-r-u.

15      Q.   Do you know what type work Michele

16  Chan is doing now?

17      A.   Michele Chan.  You asked me may Chan

18  earlier.

19      Q.   Right.  I'm asking about Michele.  Do

20  you know what type work she's doing now?

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21    A.   She's also working at Haru part time.

22    Q.   Is Mr. Chang working at Haru as well?

23    A.   No.

24    Q.   Do you know what Mr. Chang is doing

25    now?

63

1    A.   I believe he's working at the blue

2    ribbon Sushi.

3    Q.   Do you know if he's an owner of the

4    place?

5    A.   No.

6    Q.   Partner?

7    A.   No.

8    Q.   Do you know where Johnny Shih is?

9    A.   Johnny Shih I heard he went to

10    Malaysia.

11    Q.   When did he go to Malaysia?

12    A.   I really don't know.

13    Q.   Do you have any idea when he's O

14    coming back?

15    A.   Don't know either.

16    Q.   Do you know why he went over there?

17    A.   I believe he's getting married.

18    Q.   That's nice.  Do you know if he's

19    planning on staying there?

20    A.   That I really don't know.

21    Q.   Did you see when you were at Neo

22    Sushi, did you see Michele Chan a lot at the

23    restaurant?

24    A.   Yes, she was there every day.

25    Q.   Did you see her actually work?

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

64

```
 1          MR. TAUBENFELD:  Objection to form.
 2     You can answer.
 3     A.   Yes.
 4     Q.   And she worked as a server.  Is that
 5 correct?
 6     A.   Cashier.
 7     Q.   Cashier.
 8     A.   But she help out, too.
 9     Q.   What do you mean by help out?
10     A.   Like, you know, serve the drinks,
11 greet them to the table, yeah, greet customer
12 to their tables.
13     Q.   And Michele Chan was married to
14 Mr. Chan.  Is that correct?
15     A.   No, they're not married.
16     Q.   They're not, Michele Chan?
17     A.   No.
18     Q.   Okay.  Thank you.
19     Q.   Before the lawsuit, did you -- and
20 after the first conversation about the doors
21 being locked and what happened, when was the
22 next time you spoke to Mr. Wong about Neo
23 Sushi?
24          MR. TAUBENFELD:  Objection to form
25     but you can answer.
```

65

```
 1     A.   A week, a week after we all busy job
 2 hunting.  So we didn't speak -- like a week
```

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3   after.

4        Q.   And --

5        A.   As I remember.

6        Q.   The following week did you receive

7   new information from Steven Wong about what

8   happened?

9        A.   Yes.

10       Q.   What did he tell you?

11       A.   He said we all terminated.

12       Q.   What else did he say about Mr. Ly?

13            MR. TAUBENFELD:  Objection to form.

14   You can answer.

15       A.   Nothing much.  Just like he said that

16   we should get our money back.  And we all

17   \agreed\greed.

18       Q.   So did you all have meetings

19   together?  Like what do you mean we all agreed?

20       A.   He asked kind of spoke to us.  We

21   ask -- we kind of ask individual many, not like

22   a group we go how we going to get our money

23   back?  What Mr. Lee owe us?  Then we got

24   together and said we should hire a lawyer or

25   something like that to, you know, pursue this.

                                          66

1        Q.   Now, if in Mr. -- you said Mr. Ly was

2   the main owner.

3        A.   Yes.

4        Q.   And you said Mr. Wong was a part

5   owner.  Right?

6        A.   Yes.

7        Q.   And Mr. Chang was a part owner.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

8      A.   Yes.

9      Q.   I know you said that you didn't know

10  the percentage that Mr. Ly had.

11     A.   No.

12     Q.   Did you know the percentage that

13  Mr. Wong had?

14     A.   No.

15     Q.   Did you know the percentage that

16  Mr. Chang had?

17     A.   No.

18     Q.   So why did you believe that it was

19  only Mr. Ly that owed you the money?

20     A.   Because every time I ask for my

21  salary, he would said he'll find out from

22  Mr. Ly for me.

23     Q.   But if Mr. Wong was a part owner,

24  wouldn't he owe you at least part of that

25  salary?

                                           67


1          MR. TAUBENFELD:  Objection to form.

2      You can answer.

3      A.   But Mr. Ly was doing all the books.

4  So he was handling the money.

5      Q.   Are you sure he was handling all the

6  money?

7      A.   Mr. Wong is not getting paid so how

8  could he be handling the money.

9      Q.   How do you know Mr. Wong was not

10  getting paid?

11     A.   He told me.

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt
12      Q.   Did he ever show you a document or
13  some kind of e-mail?
14      A.   No.
15      Q.   Did Mr. Wong ever show you anything
16  to say that what he was telling you was true?
17      A.   I believe him.  He's my friend.
18      Q.   And you never thought to -- Mr. Chang
19  you never thought he owed you money, at least
20  some of it if he was a part owner too?
21      A.   Because every time we getting paid
22  it's through Brendon.
23      Q.   What do you mean by through Brendon?
24      A.   He would hand us the money.
25      Q.   So he would hand you the check.

                                            68


1  Well, let me rephrase that.  Were you paid by
2  check or cash?
3      A.   We started with getting paid cash.
4  After we receive cash we would sign on a -- I
5  think it was like a book that he has, we sign
6  that we receive that money.  And then a check
7  he would just -- we all -- I also need to sign
8  it, too.  That was my last pay.  So most of the
9  time he would pay us --
10      Q.   So he would actually hand you
11  personally money.
12      A.   Yes, personal.
13      Q.   Whether it was a check or cash.
14      A.   Yes.
15      Q.   But that doesn't necessarily mean it
16  was his money, is it?
                        Page 58

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17      A.   I assumed he hand us the money so I
18 don't really want -- I mean I don't want -- how
19 would I put it?  When someone hand you the
20 money, you would be the guy that would be
21 paying as you.
22      Q.   But you assume that.
23      A.   Yes.
24      Q.   So you said before that you wanted
25 your money back that you felt was owed to you.

                                         69


1 So you went to a lawyer?
2          MR. TAUBENFELD:  Objection to form.
3      Q.   Let me rephrase the question.  And I
4 don't want -- I want to be clear.  I'm not
5 looking for you to tell me anything about
6 whether you spoke to any lawyer whether in this
7 office or anywhere else because that's
8 privileged.  So I'm not looking for that.  But
9 just among you, just you and Steve and the
10 other plaintiffs in the case before you went to
11 a lawyer, who first said let's go to a lawyer?
12 Do you remember?  Was it you?
13      A.   It was Mr. Chang.
14      Q.   Mr. Chang?
15      A.   Yes.
16      Q.   Do you remember what he said
17 specifically?
18      A.   No, he said that we should pursue it
19 in getting or money back or what Mr. Ly owe us.
20 And we all agree, yes, we should proceed but we

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

21    have no recollection, no idea how the procedure

22    worked so Mr. Chang was -- so it was Mr. Chang

23    that found a lawyer or went to a lawyer.

24        A.   Yes.

25        Q.   And Mr. Chang also told you and the

                                              70


1     other plaintiffs as far as you know that it was

2     Mr. Ly only that owed you the money?

3         A.   Oh us?

4         Q.   Yes.

5         A.   Yes.  And them.

6         Q.   Did you ever keep -- other than what

7     you gave to us in discovery, did you keep track

8     of your time?

9         A.   No.

10        Q.   While you were at Neo Sushi.

11        A.   No.

12        Q.   How many hours a day you worked?

13        A.   No.

14        Q.   Do you know since Mr. Wong left Neo

15    Sushi if he has -- did he ever tell you about

16    having an interests or investment in any other

17    business?

18        A.   No.

19        Q.   How about Mr. Chang?

20        A.   No.

21        Q.   Do you know what Mr. Ly is doing now?

22        A.   Mr. Ly?

23        Q.   Yes.

24        A.   I really don't know right now.  As of

25    now now?

71

1     Q.   Since you left Neo Sushi.

2     A.   No, I have never contacted Mr. Ly

3  ever after I left Neo.

4     Q.   Let's take one last break, like 10

5  minutes and then I don't have anything other

6  than maybe like 15 minutes or so worth of

7  questions and then if you want to ask a few of

8  your own.  Then we can wrap up.

9                    (There is a recess taken.)

10 BY MR. SALVA

11    Q.   I just have a couple more questions

12 and I think your lawyer may have a few

13 questions four and then we can end and you can

14 get some lunch.

15         Do you remember while you were at Neo

16 Sushi, do you remember weeks or, you know,

17 where you did not work more than 40 hours?

18    A.   More than?

19    Q.   No, do you remember if there were

20 weeks that you did not work 40 or more hours?

21    A.   Yeah, I remember I told you earlier

22 that I had a couple of days I was late.

23    Q.   Anything else?

24    A.   No.

25    Q.   Other than your -- the job you had at

72

1  the edge water restaurant and where you're

2  working now, do you have any other jobs?

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

3      A.   Right now, no.  Oh you mean in

4  between?

5      Q.   Both.  I mean have you worked

6  anywhere else?

7      A.   Yeah, a few places.  I don't quite

8  remember.

9      Q.   But are you with them now?

10      A.   Right now I'm with this Robin place.

11      Q.   In Brooklyn?

12      A.   Yes.

13      Q.   Between the place in edge water

14  restaurant and --

15      A.   Yes, I did work in Newark for like

16  less than a month, a month, around a month,

17  yeah.

18      Q.   Did any of the plaintiff's work with

19  thru?

20      A.   No.

21      Q.   Or Mr. Wong or Mr. Chang?

22      A.   No.

23      Q.   Do you have any other sources of

24  income?

25      A.   No.

                                        73


1      Q.   Do you own any property?

2      A.   No.

3      Q.   Do you have any investments?

4      A.   No.

5      Q.   Did Mr. Wong while you were at Neo

6  Sushi ever talk to you about a policy of paying

7  of how you would be paid?

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

```
 8            MR. TAUBENFELD:  Objection to form.
 9       A.   Like told me that I would be paid
10  weekly.
11       Q.   Anything else?
12       A.   By Brendon.
13       Q.   What did Brendon ever tell you?
14       A.   I mean paid by Brendon.
15       Q.   Paid by Brendon.
16       A.   Yeah, weekly.
17       Q.   You said Brendon would usually hand
18  you the check or the cash.
19       A.   Yes.
20       Q.   Did anyone else ever do it?
21       A.   No.
22       Q.   It was always him.
23       A.   Always.  Because he will have to sign
24  a book that he has.
25       Q.   You said there was no office so where
```
                                                    74


```
 1  would you do that.
 2       A.   Just right by the cashier, pretty
 3  much cashier/office.
 4       Q.   Do you remember May Chan usually
 5  being there from three to 11 or three to 12
 6  depending on the day?
 7       A.   Yes, she's there when we're there.
 8       Q.   How about Michele Chan?
 9       A.   She's also there as, she came to work
10  pretty much the same time, sometime give or
11  take 10 minutes difference maybe.  Depend on
```

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

12  like the chance portation traffic.

13       Q.   Do you know if she was paid for those

14  minutes that she missed?

15       A.   Who?

16       Q.   Michele?

17       A.   Michele, no.

18       Q.   You don't know.

19       A.   She told -- well, she say she never

20  got paid, no, she never got paid.

21       Q.   How about Johnny Shih, was he always

22  there from three to 11 or three to 12?

23       A.   Yes.

24       Q.   I have no other questions.  Thank you

25  Mr. Wu.

                                              75


 1            MR. TAUBENFELD:  I don't have any

 2       questions.  I guess we're done.

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

CHAN - 041613 - SUNNY WU - HUDSON_ROUGH DRAFT.txt

17
18
19
20
21
22
23
24
25