**Morton S. Minsley, Esq.**
101 Lafayette Street
10th Floor
New York, NY 10013

Invoice submitted to:
Steven Wong and Jack Chang
47 Lori Street
Monroe, NJ 08831
USA

September 23, 2013

Invoice #10044

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| **Third Party Action - US District Court** | | |
| 8/5/2013 Meeting w. Steve and Jack; prep. for cont. trial | 3.18<br>350.00/hr | 1,113.10 |
| 8/6/2013 Trial of Third Party Action - verdict in favor of Plaintiffs; Third Party action dismissed. | 7.50<br>350.00/hr | 2,625.00 |
| 8/8/2013 Research on Sanctions; ltr to Court | 1.33<br>350.00/hr | 466.08 |
| 9/6/2013 E-mails and ltr to j. Forrest | 2.46<br>350.00/hr | 862.36 |
| 9/23/2013 Draft Rule 11 motion | 5.85<br>350.00/hr | 2,048.38 |
| SUBTOTAL: | [   20.32 | 7,114.92] |
| **For professional services rendered** | 20.32 | **$7,114.92** |
| **Previous balance** | | **$34,563.40** |
| Balance due | | $41,678.32 |

## Morton S. Minsley, Esq.
101 Lafayette Street
10th Floor
New York, NY 10013

Invoice submitted to:
Steven Wong and Jack Chang
47 Lori Street
Monroe, NJ 08831
USA

June 28, 2013

Invoice #10040

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | Third Party Action - US District Court | | |
| 6/9/2013 | Preparation - meet with clients and prep for trial | 6.69<br>350.00/hr | 2,340.72 |
| 6/10/2013 | Trial of Action before Judge Forrest | 8.00<br>350.00/hr | 2,800.00 |
| | Preparation for trial - review dep transcript of V. Ly | 4.00<br>350.00/hr | 1,400.00 |
| 6/11/2013 | Appeared @ US District Ct. SDNY, J. Forrest - trial of action - cross of Mey Leng Chan and direct of Michelle Chan | 8.00<br>350.00/hr | 2,800.00 |
| 6/12/2013 | trial of action | 8.00<br>350.00/hr | 2,800.00 |
| 6/13/2013 | trial of matter - US Dist. Ct., SDNY - Judge Forrest - trial cont. on 6/26; meeting w/ clients after Court | 7.00<br>350.00/hr | 2,450.00 |
| 6/24/2013 | Meeting w. Steven Wong and Jack Chong to prep for continued trial. | 2.00<br>350.00/hr | 700.00 |
| | e-mails to counsel | 0.48<br>350.00/hr | 166.83 |
| 6/26/2013 | continued trial of action - testimony of Jack; begin direct of Brandon Ly; 8/6 for last day of trial. | 8.00<br>350.00/hr | 2,800.00 |
| | SUBTOTAL: | [  52.17 | 18,257.55] |

(212) 346-0849

Steven Wong and Jack Chang                                                                                    Page    2

|                                    | Hours | Amount      |
|------------------------------------|-------|-------------|
| For professional services rendered | 52.17 | $18,257.55  |
| Previous balance                   |       | $16,305.85  |
| Balance due                        |       | $34,563.40  |

**Morton S. Minsley, Esq.**
101 Lafayette Street
10th Floor
New York, NY 10013

Invoice submitted to:
Steven Wong and Jack Chang
47 Lori Street
Monroe, NJ 08831
USA

June 06, 2013

Invoice #10038

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **Third Party Action - US District Court** | | |
| 5/12/2013 Research on Severance of Third Party Action under Federal Law | 2.67<br>350.00/hr | 933.33 |
| Draft letter motion for severance or dismissal of third party claims | 4.00<br>350.00/hr | 1,400.00 |
| 5/20/2013 Review and turn over additional discovery material | 1.00<br>350.00/hr | 350.00 |
| 5/22/2013 e-mail re severance; t/c Michael Chong | 1.17<br>350.00/hr | 409.60 |
| letters to Court | 2.40<br>350.00/hr | 841.26 |
| 5/28/2013 Deposition of Steven Wong | 4.50<br>350.00/hr | 1,575.00 |
| 5/29/2013 letter to Court in reply to Chong opp to sev. mtn | 1.60<br>350.00/hr | 560.39 |
| 5/30/2013 letter to Judge Forrest | 0.15<br>350.00/hr | 51.14 |
| 5/31/2013 Deposition - of 3rd Party Def. Jack Chan | 6.00<br>350.00/hr | 2,100.00 |
| 6/3/2013 Review; conf. call with Court | 2.49<br>350.00/hr | 870.53 |

(212) 346-0849

Steven Wong and Jack Chang

Page 2

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/4/2013 Review discovery production; ltr to court | 3.00<br>350.00/hr | 1,050.00 |
| 6/6/2013 Reply letter to Judge Forrest | 2.00<br>350.00/hr | 700.00 |
| Court Appearance - App. At US Dist Ct., SDNY (J. Forrest) Court denies motion to dismss, but precludes Chong from introducing documents, trial for week of 6/10/13 | 2.68<br>350.00/hr | 936.35 |
| SUBTOTAL: | [   33.66 | 11,777.60] |
| **For professional services rendered** | 33.66 | $11,777.60 |
| **Previous balance** |  | $4,528.25 |
| Balance due |  | $16,305.85 |

**Morton S. Minsley, Esq.**
101 Lafayette Street
10th Floor
New York, NY 10013

Invoice submitted to:
Steven Wong and Jack Chang
47 Lori Street
Monroe, NJ 08831
USA

May 07, 2013

Invoice #10032

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | **Third Party Action - US District Court** | | |
| 4/18/2013 | meeting with clients | 0.65 350.00/hr | 225.94 |
| 4/20/2013 | Review and Revise Responses to Requests to Admit | 1.58 350.00/hr | 553.00 |
| 4/30/2013 | review discovery demands; review letter from Michael Chong; letter to Michael Chong, Esq. in resp. | 1.16 350.00/hr | 406.29 |
| 5/2/2013 | Review interrogatories and doc. demands; prep. responses. | 1.12 350.00/hr | 392.49 |
| 5/3/2013 | Meeting with clients; prep. resp. to Interrogatories | 2.29 350.00/hr | 802.67 |
| 5/6/2013 | Review discovery and prep., finalize and serve responses. | 2.46 350.00/hr | 860.81 |
| 5/7/2013 | Court Appearance - appeared at US District Ct., SDNY (J. Forrest); status conf. held. ; 3rd party defs ordered to provide discovery by 5/20/13; depositions the week of 5/20; final pretrial conference on 5/30/13 at 12:00 pm.; trial scheduled for 6/3/13 | 1.50 350.00/hr | 525.00 |
| | SUBTOTAL: | [     10.76 | 3,766.20] |
| | **For professional services rendered** | 10.76 | $3,766.20 |
| | **Previous balance** | | $1,762.05 |

(212) 346-0849

Steven Wong and Jack Chang                                                                                       Page    2

|  | Amount |
|---|---:|
| Accounts receivable transactions | |
| 4/25/2013 Payment - Thank You | ($500.00) |
| 5/3/2013 Payment - Thank You | ($500.00) |
| **Total payments and adjustments** | **($1,000.00)** |
| Balance due | $4,528.25 |

**Morton S. Minsley, Esq.**
101 Lafayette Street
10th Floor
New York, NY 10013

Invoice submitted to:
Steven Wong and Jack Chang
47 Lori Street
Monroe, NJ 08831
USA

April 18, 2013

Invoice #10030

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Third Party Action - US District Court | | |
| 4/16/2013 Review discovery demands. | 0.35 350.00/hr | 123.08 |
| 4/18/2013 Conference call with Court and opposing counsel; discovery deadline extended to May 16, 2013. | 0.50 350.00/hr | 175.00 |
| SUBTOTAL: | [ 0.85 | 298.08] |
| For professional services rendered | 0.85 | $298.08 |
| **Previous balance** | | **$1,463.97** |
| Balance due | | $1,762.05 |

**Morton S. Minsley, Esq.**
101 Lafayette Street
10th Floor
New York, NY 10013

Invoice submitted to:
Steven Wong and Jack Chang
47 Lori Street
Monroe, NJ 08831
USA

March 15, 2013

Invoice #10027

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **Third Party Action - US District Court** | | | |
| 2/19/2013 | Meeting w. new clients; t/c Attorney for Third Party Plaintiffs Michael Chong; review pleadings and affidavits of service | 1.50 350.00/hr | 525.19 |
| 2/20/2013 | review notice of appearance; ltr to court; review pleadings and court filings | 1.08 350.00/hr | 379.56 |
| 3/15/2013 | Draft answer to third party complaint | 1.60 350.00/hr | 559.22 |
| SUBTOTAL: | | [ 4.18 | 1,463.97] |
| **For professional services rendered** | | 4.18 | **$1,463.97** |
| Balance due | | | **$1,463.97** |