# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| 500 Pearl St. | INVOICE NO. 0308340-IN |
| Room 330 | INVOICE DATE 6/17/2013 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |
| | |
| Law office of Michael K Chong | CUSTOMER NO. 1024100 |
| 2050 Center Street | WORK ORDER NO. 134161 |
| Fort Lee, NJ 07024 | SALESPERSON CSIW |

Attention: Michael K Chong

*PAYMENT IS DUE UPON RECEIPT*

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | MAY LENG CHAN, ET AL. V NEO SUSHI STUDIO | | | | | |
| | CASE NO. **12CV04505** | | | | | |
| 6/10/2013 | Original | 158 | PGES | at | 3.12 | 492.96 |

|  |  |
|---|---|
| Total: | 492.96 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **492.96** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| 500 Pearl St. | INVOICE NO.  0308430-IN |
| Room 330 | INVOICE DATE  6/18/2013 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |

| | |
|---|---|
| Law office of Michael K Chong | CUSTOMER NO.  1024100 |
| 2050 Center Street | WORK ORDER NO.  134162 |
| Fort Lee, NJ 07024 | SALESPERSON  CSIW |

Attention: Michael K Chong

*PAYMENT IS DUE UPON RECEIPT*

| Job Date | | | | | |
|---|---|---|---|---|---|
| | MAY LENG CHAN, ET AL. V NEO SUSHI STUDIO | | | | |
| | CASE NO.  **12CV04505** | | | | |
| 6/11/2013 | Original | 157 | PGES  at | 3.12 | 489.84 |

| | |
|---|---|
| Total: | 489.84 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **489.84** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| 500 Pearl St. | INVOICE NO. 0308520-IN |
| Room 330 | INVOICE DATE 6/19/2013 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |

| | |
|---|---|
| Law office of Michael K Chong | CUSTOMER NO. 1024100 |
| 2050 Center Street | WORK ORDER NO. 134163 |
| Fort Lee, NJ 07024 | SALESPERSON ASHA |

Attention: Michael K Chong

*PAYMENT IS DUE UPON RECEIPT*

| Job Date | MAY LENG CHAN, ET AL. V NEO SUSHI STUDIO |
| | CASE NO. **12CV04505** |

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 6/12/2013 | Original | 164 | PGES | at | 3.12 | 511.68 |

|  |  |
|---|---|
| Total: | 511.68 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **511.68** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| 500 Pearl St. | INVOICE NO.    0308574-IN |
| Room 330 | INVOICE DATE    6/21/2013 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |

| | |
|---|---|
| Law office of Michael K Chong | CUSTOMER NO.    1024100 |
| 2050 Center Street | WORK ORDER NO.    134164 |
| Fort Lee, NJ 07024 | SALESPERSON    ASHA |

Attention: Michael K Chong

*PAYMENT IS DUE UPON RECEIPT*

---

| Job Date | MAY LENG CHAN, ET AL. V NEO SUSHI STUDIO | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. **12CV04505** | | | | | |
| 6/13/2013 | Original | 103 | PGES | at | 3.12 | 321.36 |

|  |  |
|---|---|
| Total: | 321.36 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **321.36** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| 500 Pearl St. | INVOICE NO.        0315191-IN |
| Room 330 | INVOICE DATE        7/31/2013 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |

| | |
|---|---|
| Law office of Michael K Chong | CUSTOMER NO.        1024100 |
| 2050 Center Street | WORK ORDER NO.        134529 |
| Fort Lee, NJ 07024 | SALESPERSON        CSIW |

Attention: Michael K Chong

*PAYMENT IS DUE UPON RECEIPT*

---

Job Date    MAY LENG CHAN, ET AL. V NEO SUSHI STUDIO
            CASE NO.    **12CV04505**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/26/2013 | Original | | 226 | PGES | at | 2.46 | 555.96 |

|  |  |
|---|---|
| Total: | 555.96 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **555.96** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

| | |
|---|---|
| 500 Pearl St. | INVOICE NO.  0352337-IN |
| Room 330 | INVOICE DATE  3/17/2014 |
| New York, NY 10007 | |
| Tel No. (212) 805-0300 | |

| | |
|---|---|
| Law office of Michael K Chong | CUSTOMER NO.  1024100 |
| 2050 Center Street | WORK ORDER NO.  142669 |
| Fort Lee, NJ 07024 | SALESPERSON  CSIW |

Attention: Michael K Chong

*PAYMENT IS DUE UPON RECEIPT*

---

Job Date    MAY LENG CHAN, ET AL. V NEO SUSHI STUDIO
                 CASE NO.     **12CV04505**

| Job Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/6/2013 | Original | 137 | PGES | at | 4.68 | 641.16 |

| | |
|---|---|
| Total: | 641.16 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | **641.16** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**