Fax No: (212) 726-3104

## INVOICE FROM STEPHANIE LIU

To: _Law Office of Michael K. Chong LLC_

Attn: _Attn: Michael K. Chong Esq_

Total: _1_ page(s)

From: Stephanie Liu, Cantonese and Mandarin Interpreter

**Re: Interpretation fee for Cantonese and/or Mandarin interpretation service**

Date of Assignment: _6-26-2013_ Start time _9 am_ Finish Time: _5pm_ Hours: _8 hrs_

Location: _Southern District of NY, 100 Pearl Street, NY_

Language: Cantonese and/or Mandarin

Caption: _Neo Sushi trial in USDC, SDNY_

Date of Loss: _____
Hourly rate: _$110, 8hrs total_ Total interpretation fee: _$880 w/ (translation fee was split between Law Office of_

1. Name of firm: _____     2. Name of firm: _Michael K. Chong LLC +_
   Address: _____            Address: _Liane Fisher/Law Fisher_

Attorney: _____             Attorney: _____
File No: _____              File No: _____
Tel No: _____               Tel No: _____

Please send a check payable to Stephanie Liu within 30 days to:
460 East 79th Street, Apt 8G, New York, NY 10075-1426

Tel: 212-6284128
Cell: 917-6740084

Submitted by
_[signature]_
Stephanie Liu

Approved by

_I acknowledge receipt of $440 from Michael.K. Chong LLC on 6-26-2013._

_The remaining $440 was paid by Liane Fisher/Law Fisher on 8-30-2013._