Sino Link Services

62 - 64 Bayard Street #14
New York NY 10013 USA
e-mail waymoy@hotmail.com
Tel. 347 -987-7213

# **INVOICE**

EIN:  27-4468946

June 14,  2013

Michael Taubenfeld, Esq.
Serrins Fisher LLP
The Woolworth Building
233 Broadway, Suite 2340
New York , New York 10279
(212)571-0700(ext. 119)


      Re:  Trial Interpretation Before the Hon. Katherine FORREST;
          Chan et al vs. Neo Sushi Studio Inc. et al  12-CV-4505

Interpreter:  Way P. MOY

Language: Chinese(Cantonese)

Date of Service and Time charged:

6/10/2013  9AM to 1PM, and 2PM to 5PM  =  Seven (7) hours
6/11/2013  9AM to 1PM, and 2PM to 5PM  =  Seven (7) hours
6/12/2013  9AM to 1PM, and 2PM to 5PM  =  Seven (7) hours
6/13/2013  9AM to 1PM, and 2PM to 5PM  =  Seven (7) hours *

* Note that the start of the trial for this day was delayed to 11:30AM, but this fact was NOT known on less than the 48 hours prior notice of change, therefore the charge starts at the 9AM agreed time.

**Total 28  hours at $60 per hour = $1680**

**Please make check payable to: Sino Link Services**

**Note that Travel Time and Transportation Costs are gratis.**